UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY A. COOK,

        Plaintiff,

   v.

KING COUNTY CORRECTIONAL FACILITY et al,,

        Defendant.

CASE NO. 2:21-cv-00238 RSM

**ORDER DISMISSING CASE**

    Having reviewed the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to the R&R, and the remainder of the record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation (Dkt. #45).

    (2)    The King County Defendants' Motion for Summary Judgment (Dkt. #15) is GRANTED and Plaintiff's complaint is DISMISSED with prejudice.

    (3)    Plaintiff's Motion to Compel Telephonic Hearings, Depositions and Trial (Dkt. #41) is DENIED as moot.

    (4)    This case is CLOSED.

ORDER DISMISSING CASE - 1

1           (5)     The Clerk is directed to send copies of this Order to the parties and to Judge

2  Tsuchida.

3           DATED this 20th day of October, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE - 2